# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0254. JAMES LEWIS REDMOND III v. RUCHEE SACHDEVA.

In December 2023, the superior court dismissed defendant James Redmond III's petition for review of a magistrate court ruling. Redmond then filed an application for discretionary appeal in this Court, seeking review of the December 2023 order and a prior superior court order entered in November 2023. We granted Redmond's application in January 2024. *Redmond v. Sachdeva*, Case No. A24D0188 (Jan. 10, 2024).

Also in January 2024, Redmond filed, in the Supreme Court of Georgia, another application for discretionary review of the superior court's November and December 2023 orders. The Supreme Court transferred that application here, where it has been docketed as the current case, no. A24D0254. See *Redmond v. Sachdeva*, Case No. S24D0541 (Feb. 5, 2024). Because this application is duplicative of the application in Case No. A24D0188, it is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/14/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*